FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a foreign corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>GUARDIAN MANUFACTURING, INC., a foreign corporation; and DOES 1-10, inclusive,<br><br>      Defendants. | NO: 2:22-CV-0318-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice.  ECF No. 22.  The parties agree that the above-captioned action be and is hereby dismissed with prejudice in its entirety, including the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and that each party shall bear its own costs and attorney's fees.  The Parties also agree that the Court should retain jurisdiction to enforce the Settlement Agreement.  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 22, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and each party shall bear its own costs and attorney's fees.

3. All deadlines, hearings, and trial are **VACATED**.

4. The Court retains jurisdiction to enforce the Settlement Agreement.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED July 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2